1  ANTHONY J. DECRISTOFORO (SB #166171)
   ajdecristoforo@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   blhawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  (916) 447-0700
5  Facsimile:  (916) 447-4781

6  Attorneys for Defendants
   Checksmart Financial, LLC and California Check
7  Cashing Stores, LLC

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  BONNIE VARNUM, an individual; MARSHA TELLIER, an individual;  and JOANNE 11  GIARLETTO, an individual | Case No. 4:14-cv-03595-NC |
| 12                      Plaintiffs, | **STIPULATED DISMISSAL OF ACTION WITH PREJUDICE; ORDER OF DISMISSAL** |
| 13           v. | (Alameda County Superior Court, Case No. RG14728189) |
| 14  CHECKSMART FINANCIAL, LLC, a Delaware limited liability company; 15  CALIFORNIA CHECK CASHING STORES, LLC, a Delaware limited liability company; and 16  DOES ONE through TWENTY, inclusive, | Complaint filed June 6, 2014 |
| 17                      Defendants. | |

18

19  ////

20  ////

21  ////

22  ////

23  ////

24  ////

25  ////

26  ////

27  ////

28  ////

**TO THE COURT, ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), Plaintiffs Bonnie Varnum, Marsha Tellier, and Joanne Giarletto (collectively "Plaintiffs") and Defendants Checksmart Financial, LLC and California Check Cashing Stores, LLC (collectively "Defendants") hereby agree and stipulate for Plaintiffs' dismissal with prejudice of all of the claims and causes of action alleged in their Second Amended Complaint, each party to bear its own attorneys' fees and costs.

Dated: May 21, 2015					STOEL RIVES LLP

							By: /s/   Anthony J. DeCristoforo
							    Anthony J. DeCristoforo
							    Bryan L. Hawkins
							    Attorneys for Defendants
							    Checksmart Financial, LLC and California
							    Check Cashing Stores, LLC

Dated: May 21, 2015					LAW OFFICES OF RICHARD N. KOSS

							By: /s/   Richard N. Koss
							    Richard N. Koss
							    Attorneys for Plaintiffs Bonnie Varnum,
							    Marsha Tellier, and Joanne Giarletto

ATTESTATION OF SIGNATURE:

I attest under penalty of perjury under the laws of the United States of America that I have received the concurrence in the filing of this document from the listed signatories as required by Local Rule 5.1(i)(3).

Dated: May 21, 2015

							/s/ Anthony J. DeCristoforo
							ANTHONY J. DECRISTOFORO

Stoel Rives LLP
Attorneys At Law
Sacramento

STIPULATED DISMISSAL OF ACTION
WITH PREJUDICE                                    -2-

79079654.2 0043773- 00031

**ORDER OF DISMISSAL**

Pursuant to the terms of the foregoing stipulation and in accordance with the provisions of Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the Plaintiffs' complaint in Case No. 4:14-cv-03595-NC is hereby dismissed with prejudice, each party to bear their own fees and costs.

Dated: __May 22, 2015__     By:_____
                            JUDGE OF THE U.S. DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Nathanael M. Cousins]*